The People of the State of New York, Respondent, *v.* Cross & Brown Company, Appellant.

Argued March 8, 1938; decided April 12, 1938.

*Peter W. Quinn* for appellant.

*William C. Chanler, Corporation Counsel (James Hall Prothero* and *Paxton Blair* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: Crane, Ch. J., Lehman, O'Brien, Hubbs, Loughran, Finch and Rippey, JJ.